## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN SANGRAAL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-cv-00661-JPG-PMF |
| S A GODINEZ, *et al.*, | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's motion for default judgment as to Defendant Bradley Roberts (Doc. 42). Plaintiff requests default judgment against this defendant and a hearing to determine the proper amount of damages. For the following reasons, this motion will be **DENIED**.

The Clerk of the Court entered a default order against Defendant Bradley Robert on February 2, 2015, for failure to plead or otherwise defend in this case. Local Rule 55.1(a) states that the serving party shall give notice of the entry of the default to the defaulting party by regular mail sent to the last known address of the defaulted party and shall certify to the Court that notice has been sent.

Plaintiff has not certified to the Court that notice of the entry of the default was sent to Defendant Bradley Robert. As such, Plaintiff's motion for default judgment (Doc. 42) is **DENIED** without prejudice for failure to comply with Local Rule 55.1.

IT IS SO ORDERED.

Dated: 3/25/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**